IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

McCOY FRANKLIN                                                              PLAINTIFF

V.                                        CIVIL NO. 1:17-cv-1073

MAGNOLIA FLOORING MILL, LLC                                                 DEFENDANT


## ORDER

This matter is set for a Settlement Conference on January 3, 2019.  ECF No. 34.  On January 2, 2019, counsel for both parties notified the Court the matter had been settled, with the exception of attorney's fees and the representative's fee.  The parties requested the Settlement Conference be cancelled to avoid the extra cost and expense of attendance to allow those funds to be used in resolving the final two issues.  Accordingly, the Settlement Conference scheduled for January 3, 2019, is **CANCELLED**.

This case is scheduled for Bench Trial before the Honorable Susan O. Hickey for the week of January 14, 2019, in El Dorado, Arkansas.  The parties are directed to notify the undersigned no later than Wednesday, January 9, 2019, of the status of the resolution of any remaining claims.

**IT IS SO ORDERED** this **3rd day of January 2019.**


/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE